976

No. 80–308. ORTHO PHARMACEUTICAL CORP. v. MCKENNA ET VIR. C. A. 3d Cir. Certiorari denied. JUSTICE STEWART and JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 80–352. KALINSKY ET AL. v. GENERAL DYNAMICS CORP. ET AL. C. A. 9th Cir. Motion of California Trial Lawyers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 80–5103. DOWNS v. FLORIDA. Sup. Ct. Fla.;

No. 80–5317. REDD v. BALKCOM, WARDEN. Sup. Ct. Ga.; and

No. 80–5359. DAVIS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. Reported below: No. 80–5359, 597 S. W. 2d 358.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 79–1245. ACAVINO v. UNITED STATES, 446 U. S. 951. Petition for rehearing denied.

NOVEMBER 5, 1980

No. 80–5403. PRATT v. UNITED STATES. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 53.

NOVEMBER 7, 1980

No. 80–5526. SANDERS v. UNITED STATES. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 53.